# **EXHIBIT B**

MORRISON & FOERSTER LLP
David J. Fioccola, Esq. (N.J. Bar No. 013022000)
250 West 55th Street
New York, NY 10019
Tel: (212) 468-8000
dfioccola@mofo.com

Mark R. McDonald, Esq. (*pro hac vice*)
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
Tel: (213) 892-5200
mmcdonald@mofo.com

Attorneys for Defendants The UPS Store, Inc., RK & SP Services LLC, and Hamilton Pack N' Ship LLC

----------------------------------------------------------------x

| | |
|---|---|
| BARBARA McLAREN, on behalf of herself and others similarly situated,<br><br>     Plaintiffs,<br><br>-against-<br><br>THE UPS STORE, INC.;<br>TURQUOISE TERRAPIN LLC formerly d/b/a UPS Store #4122,<br>RK & SP SERVICES LLC formerly d/b/a UPS Store #4122 and HAMILTON PACK N SHIP LLC in their own right and as representatives of a class of similarly situated UPS Store franchisees; and JOHN DOES 1–200,<br><br>     Defendants. | SUPERIOR COURT OF NEW JERSEY,<br><br>LAW DIVISION - MERCER COUNTY<br><br>DOCKET NO.: MER-L-0919-20 |

----------------------------------------------------------------x

**NOTICE TO STATE COURT OF REMOVAL TO FEDERAL COURT**

Please take notice that Defendants, The UPS Store, Inc. ("TUPSS, Inc."), RK & SP Services LLC, and Hamilton Pack N' Ship LLC, have, on July 30, 2021, filed a Notice of Removal with the Clerk of the United States District for the District of New Jersey, to remove the above-referenced cause, Case No. MER-L-000919-20, from the Superior Court of New

Jersey, Law Division – Mercer County to the United States District Court for the District of New Jersey.  A copy of Defendants' Notice of Removal is attached hereto and marked as "Exhibit A."

Dated: New York, New York
       July 30, 2021

MORRISON & FOERSTER LLP

By:   */s/ David J. Fioccola*
     David J. Fioccola (N.J. Bar No. 013022000)
     250 West 55th Street
     New York, NY  10019
     Tel:  (212) 468-8000
     dfioccola@mofo.com

     Mark R. McDonald (*pro hac vice*)
     707 Wilshire Boulevard
     Los Angeles, CA  90017-3543
     Tel:  (213) 892-5200
     mmcdonald@mofo.com

*Attorneys for Defendants The UPS Store, Inc., RK & SP Services LLC, and Hamilton Pack N' Ship LLC*

ny-2193166

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 30, 2021, a true and correct copy of the foregoing document was served via email and through the Court's electronic document filing system, upon the following:

**COHEN, PLACITELLA & ROTH**
Jared M. Placitella (NJ Bar No. 068272013)
Two Commerce Square
2001 Market Street, Suite 2900
Philadelphia, PA 19103
Tel: (215) 567-3500
jmplacitella@cprlaw.com

**WHITFIELD BRYSON LLP**
Daniel K. Bryson, Esq.
Jeremy R. Williams, Esq.
PO Box 12638
Raleigh, NC 27605
(919) 600-5000
dan@whitfieldbryson.com
jeremy@whitfieldbryson.com

**WHITFIELD BRYSON LLP**
Caroline Ramsey Taylor, Esq.
518 Monroe St.
Nashville, TN 37208
(615) 921-6500
caroline@whitfieldbryson.com

*Attorneys for Plaintiffs*

Dated: New York, New York
       July 30, 2021

MORRISON & FOERSTER LLP

By:  */s/ David J. Fioccola*
     David J. Fioccola (N.J. Bar No. 013022000)
     250 West 55th Street
     New York, NY 10019
     Tel: (212) 468-8000
     dfioccola@mofo.com

*Attorneys for Defendants The UPS Store, Inc., RK & SP Services LLC, and Hamilton Pack N' Ship LLC*

ny-2193166